# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | Case: 2:15-cv-02338-MCE-EFB |
| Plaintiff, | |
| v. | **ORDER** |
| ROBERT ROGER VERITY, Trustee; JANICE ANNE VERITY, Trustee; PARAGON INDUSTRIES, INC., a California Corporation; Sergio Torres; and Does 1-10, | |
| Defendants. | |

In accordance with the parties' stipulation and pursuant to Federal Rule of Civil Procedure 41(a)(1), this action is hereby dismissed with prejudice, each party to bear their own attorneys' fees and costs. That matter having now been concluded in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: May 4, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

1